Timothy E. Foley, Esquire
ATTORNEY I.D. #19105
FOLEY, COGNETTI, COMERFORD & CIMINI
700 Electric Building
507 Linden Street
Scranton, PA 18503-1666
570-346-0745                                  Attorney for Defendant,
                                              Townsend Engineering Company

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN PEREZ and<br>MINERVA PEREZ, (h/w) | 3:05-CV- |
| Plaintiffs | |
| vs. | |
| TOWNSEND ENGINEERING<br>COMPANY | JURY TRIAL DEMANDED |
| Defendant | |

NOTICE OF REMOVAL OF ACTION

Defendant, Townsend Engineering Company, through its attorneys, FOLEY, COGNETTI, COMERFORD, CIMINI & CUMMINS, gives notice of the removal to this Court of a state civil action pending in the Court of Common Pleas of Lackawanna County, Pennsylvania, and in support thereof avers as follows:

1. The initial pleading in the action, a Praecipe to Issue Writ of Summons was brought against Defendant by Plaintiffs and is pending in the Court of Common Pleas of Lackawanna County under docket number 4055 of 2005. **See Exhibit "A" attached.**

2. The state court where this action was originally filed is located in Scranton, Lackawanna County, Pennsylvania, which is located within this judicial district.

3. At the time of the filing of this action in state court, Plaintiffs were permanent resident aliens of the Commonwealth of Pennsylvania residing in West Hazleton, Luzerne County, Pennsylvania.

4. Defendant, at the time of the filing of this action in state court, was and is a corporation incorporated under the laws of the State of Iowa and has its principal place of business in Des Moines, Iowa.

5. This action is for a matter in controversy in excess of the sum or value of $75,000.00 exclusive of interest and costs, as is set forth in the Praecipe to Issue Writ of Summons, and is between citizens of different states.

6. Plaintiffs allege damages in excess of $100,000.00 exclusive of interest and costs for each claim, as set forth in the Praecipe to Issue Writ of Summons.

7. This Court has original diversity of citizenship jurisdiction of the subject matter of this action under 28 U.S.C. §1332.

8. The Praecipe to Issue Writ of Summons and the Writ of Summons, was served on Defendant by certified mail on October 17, 2005, and the instant Notice of Removal is filed within thirty days thereof as required by 28 U.S.C. §1446(b). No other process, pleadings or orders have been served upon Defendant.

9. The statutory requirements having been met, this action is properly removed to this Court.

Respectfully submitted,

**FOLEY, COGNETTI, COMERFORD CIMINI & CUMMINS**

BY: s/Timothy E. Foley, Esquire
Attorneys for Defendant,
Townsend Engineering Company

THIS IS NOT AN ARBITRATION CASE
ASSESSMENT OF DAMAGES HEARING IS REQUIRED
DAMAGES IN EXCESS OF $100,000 EXCLUSIVE OF
INTEREST & COSTS FOR EACH CLAIM
<u>JURY TRIAL IS DEMANDED</u>

**GALFAND BERGER, LLP**
BY: PETER M. PATTON, ESQUIRE
Identification No. 48847
Suite 2300, 1818 Market Street
Philadelphia, PA 19103
(215) 665-1600                 Attorneys for Plaintiffs

| | |
|---|---|
| JUAN PEREZ and MINERVA PEREZ, h/w<br>Permanent Resident Aliens residing at<br>311 Allen Street<br>West Hazelton, Pennsylvania 18202<br>                                Plaintiffs<br>vs.<br>TOWNSEND ENGINEERING COMPANY<br>A Iowa Corporation<br>2425 Hubbell Avenue<br>Des Moines, Iowa 50317<br>Principal Place of Business       Defendant | COUNTY OF LACKAWANNA<br><br>COURT OF COMMON PLEAS<br><br>TERM, 2005<br><br>05 cv 4055  No.<br><br><u>JURY TRIAL DEMANDED</u> |

<u>PRAECIPE TO ISSUE WRIT OF SUMMONS</u>

TO THE PROTHONOTARY:

Kindly issue WRIT OF SUMMONS IN CIVIL ACTION to TOWNSEND ENGINEERING COMPANY, in the above-captioned matter.

GALFAND, BERGER, LLP

By: _____
PETER M. PATTON, ESQUIRE
Attorney for Plaintiffs

DATED: 10-4-05

S:\Documents\PL\PEREZ, JUAN\PLEADINGS\SUMMONS.doc

DEFENDANT'S EXHIBIT 4

THIS IS NOT AN ARBITRATION CASE. ASSESSMENT OF DAMAGES HEARING IS REQUIRED. DAMAGES IN EXCESS OF $100,000 EXCLUSIVE OF INTEREST & COSTS FOR EACH CLAIM. JURY TRIAL IS DEMANDED

# IN THE COURT OF COMMON PLEAS
## OF LACKAWANNA COUNTY, PENNSYLVANIA

JUAN PEREZ and MINERVA PEREZ, h/w

Permanent Resident Aliens
311 Allen Street
West Hazelton, PA 18202

vs.

TOWNSEND ENGINEERING COMPANY
A Iowa Corporation
2425 Hubbell Avenue
Des Moines, Iowa 50317
Principal Place of Business

NO. 05 cv ____

Civil Action

JURY TRIAL DEMANDED

## PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY:

Issue Summons in Civil Action in the above case

Writ of Summons shall be forwarded to ☒ Attorney ☐ Sheriff

_____
Signature of Attorney

Peter M. Patton, Esquire
Galfand, Berger LLP
1818 Market Street, 23 Floor
Philadelphia, PA 19103
215 665 1600

Name/Address/Telephone Number of Attorney

Date: 10-4-05    I.D. Number: 48847

• • • • • •

## SUMMONS IN CIVIL ACTION

You are notified that the Plaintiff(s) have commenced an action against you.

SEAL OF
THE
COURT

*Mary F. Rinaldi*
MARY F. RINALDI, Clerk of Judicial Records

*Thomas A. Parry*

Date: OCT - 7 2005

DEFENDANT'S EXHIBIT A

Thomas A. Parry, Administrator

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JUAN PEREZ & MINERVA PEREZ, HIS WIFE

## DEFENDANTS
TOWNSEND ENGINEERING COMPANY

(b) County of Residence of First Listed Plaintiff __LUZERNE__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PETER M. PATTON, ESQUIRE
GALFAND BERGER, LLP
1818 MARKET ST., SUITE 2300
PHILADELPHIA, PA 19103

Attorneys (If Known)
TIMOTHY E. FOLEY, ESQUIRE
FOLEY, COGNETTI, COMERFORD, CIMINI
507 LINDEN ST., 700 SCR. ELEC BLDG.
SCRANTON, PA 18503

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☒ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

PRAECIPE FOR WRIT OF SUMMONS AND WRIT OF SUMMONS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Timothy E. Foley, Esquire
ATTORNEY I.D. #19105
FOLEY, COGNETTI, COMERFORD & CIMINI
700 Electric Building
507 Linden Street
Scranton, PA 18503-1666
570-346-0745

Attorney for Defendant,
Townsend Engineering Company

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN PEREZ and<br>MINERVA PEREZ, (h/w) | : 3:05-CV-<br>: |
| Plaintiffs | : |
| vs. | : |
| TOWNSEND ENGINEERING<br>COMPANY | : JURY TRIAL DEMANDED |
| Defendant | : |

NOTICE OF FILING OF NOTICE OF REMOVAL

To: Peter M. Patton, Esquire

**PLEASE TAKE NOTICE** that Defendant, Townsend Engineering Company, on November 10, 2005, filed in this Court a Notice of Removal of the State Court Action docketed in the Court of Common Pleas of Lackawanna County Pennsylvania at 4055 of 2005. A copy of the Notice of Removal is attached and served with this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** a certified copy of the Notice of Removal was filed this same date with the Clerk of the Court of Common Pleas of Lackawanna County, Pennsylvania.

**PLEASE BE ADVISED** that by virtue of 28 U.S.C. §1446 (d), this state action is now removed to this Court. The state court has no further jurisdiction over this action and you should proceed no further in that court or under its authority.

Respectfully Submitted,

FOLEY, COGNETTI, COMERFORD
CIMINI & CUMMINS

s/ Timothy E. Foley, Esquire
Attorneys for Defendant,
Townsend Engineering Company