IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN PEREZ, et al., | : | CIVIL ACTION NO. **4:CV-05-2337** |
| Plaintiffs | : | Magistrate Judge Blewitt |
| v. | : | |
| TOWNSEND ENGINEERING COMPANY, | : | |
| Defendant | : | |

### JURY INTERROGATORIES

1. Was the Townsend 7600 Skinning Machine in a defective condition when sold by Defendant, Townsend Engineering Company?

   YES _____          NO ✓

   (If your answer is YES, proceed to Question No. 2. If your answer is NO, Plaintiffs cannot recover on their product liability claim against Defendant and you should not answer any further questions. The foreperson should then sign the form and you should advise the courtroom deputy that you have reached a verdict).

2. Was the defective condition of the Townsend 7600 Skinning Machine a factual cause of Plaintiff-Husband's injuries?

   YES _____          NO _____

   (If your answer is YES, proceed to Question No. 3. If your answer is NO, Plaintiffs cannot recover on their claim against Defendant and you should not answer any further questions. The foreperson should then sign the form and you should advise the courtroom deputy that you have reached a verdict).

3. Did Plaintiff assume the risk of his injury based on how he used the product?

   YES _____     NO _____

   (If you answered YES, you are finished and will not answer any other questions. The foreperson should then sign the form and you should advise the courtroom deputy that you have reached a verdict. If you answered NO, continue to Questions No. 4 and No. 5).

4. What amount of damages, if any, do you award to JUAN PEREZ:

   $_____

5. What amount of damages, if any, do you award to MINERVA PEREZ:

   $_____

The Foreperson should sign and date the form of verdict.

*Edward V. Parlatore Jr.*
FOREPERSON

DATE: 6/26/08

2